

**ORDERED in the Southern District of Florida on April 15, 2015.**

                                                                    *[signature]*

                                                                    **Robert A. Mark, Judge**
                                                                    **United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case No. 13-15371-RAM |
| Fleming Truck Sales Corp | Chapter 7 Proceeding |
| Debtor(s)                     / | |

### ORDER SUSTAINING TRUSTEE'S OBJECTION(S) TO CLAIM(S)

THIS CAUSE having come before the Court upon the Trustee's Objection(s) to Claim(s) (D.E. # 43) and Certification of No Response(s) (D.E. # 47) to the Objection(s), and this Court having considered the basis for the Objection(s) to Claim(s), and being otherwise duly advised in the matter, it is **ORDERED and ADJUDGED as follows:**

1. The Trustee's objection to claim number 1 filed by Ford Motor Credit Company, LLC is sustained and said claim is stricken.

2. The Trustee's objection to claim number 5 filed by Bankunited is sustained and said claim is stricken.

3. The Trustee's objection to claim number filed by Waste Services of Florida, Inc 8 is sustained and said claim is stricken.

###

**Submitted by:**
Maria M. Yip, Trustee
One Biscayne Tower
2 S. Biscayne Tower, Suite 2690
Miami, FL 33131
Telephone:  305-908-1862
Facsimile:   786-800-3903
trustee@yipcpa.com

**Copies Furnished to:**
Maria M. Yip, Trustee

*Trustee Yip is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*