UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
FLEMING TRUCK SALES CORP           CASE NO. 13-15371-RAM
    Debtor(s)                                   CHAPTER 13
_____/

## NOTICE OF APPERANCE

PLEASE TAKE NOTICE that Joshua H. Sheskin, Esq., does hereby enter his appearance as attorney for Creditor, Leo Martin Reyes Garcia., and respectfully requests that this Court forward to the undersigned all notices, correspondence, pleadings and any and all other pertinent data pertaining to the above styled case.

Dated: September 28, 2016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice was served this 28th day of September, 2016, via electronic transmission to Marcia T Dunn, trustee and all others set forth in the NEF and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted:

/s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Attorney for Creditor Martha Smith
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
T. 305-865-6766 F. 305-865-7167
Email: jsheskin.jhzidellpa@gmail.com